JS 44C/SDNY
REV. 4/2014

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                      DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)     ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No☐ Yes☐ Judge Previously Assigned

If yes, was this case  Vol.☐  Invol.☐  Dismissed. No☐  Yes☐  If yes, give date _____ & Case No. _____

Is this an international arbitration case?         **No** ☐    **Yes** ☐

*(PLACE AN [x] IN ONE BOX ONLY)*                NATURE OF SUIT

                            **TORTS**                                                           **ACTIONS UNDER STATUTES**

**CONTRACT**                **PERSONAL INJURY**           **PERSONAL INJURY**         **FORFEITURE/PENALTY**    **BANKRUPTCY**             **OTHER STATUTES**
                                                         [ ] 367 HEALTHCARE/
[ ] 110  INSURANCE          [ ] 310 AIRPLANE             PHARMACEUTICAL PERSONAL      [ ] 625 DRUG RELATED       [ ] 422 APPEAL             [ ] 375 FALSE CLAIMS
[ ] 120  MARINE             [ ] 315 AIRPLANE PRODUCT     INJURY/PRODUCT LIABILITY     SEIZURE OF PROPERTY            28 USC 158             [ ] 400 STATE
[ ] 130  MILLER ACT                 LIABILITY           [ ] 365 PERSONAL INJURY           21 USC 881            [ ] 423 WITHDRAWAL                 REAPPORTIONMENT
[ ] 140  NEGOTIABLE         [ ] 320 ASSAULT, LIBEL &            PRODUCT LIABILITY    [ ] 690 OTHER                   28 USC 157            [ ] 410 ANTITRUST
         INSTRUMENT                 SLANDER            [ ] 368 ASBESTOS PERSONAL                                                           [ ] 430 BANKS & BANKING
[ ] 150  RECOVERY OF        [ ] 330 FEDERAL                     INJURY PRODUCT                                                             [ ] 450 COMMERCE
         OVERPAYMENT &              EMPLOYERS'                  LIABILITY                                        **PROPERTY RIGHTS**       [ ] 460 DEPORTATION
         ENFORCEMENT                LIABILITY                                                                                              [ ] 470 RACKETEER INFLU-
         OF JUDGMENT        [ ] 340 MARINE              **PERSONAL PROPERTY**                                    [ ] 820 COPYRIGHTS                ENCED & CORRUPT
[ ] 151  MEDICARE ACT       [ ] 345 MARINE PRODUCT                                                               [ ] 830 PATENT                    ORGANIZATION ACT
[ ] 152  RECOVERY OF                LIABILITY          [ ] 370 OTHER FRAUD                                       [ ] 840 TRADEMARK                 (RICO)
         DEFAULTED          [ ] 350 MOTOR VEHICLE      [ ] 371 TRUTH IN LENDING                                                            [ ] 480 CONSUMER CREDIT
         STUDENT LOANS      [ ] 355 MOTOR VEHICLE                                                                                          [ ] 490 CABLE/SATELLITE TV
         (EXCL VETERANS)            PRODUCT LIABILITY                                                            **SOCIAL SECURITY**
[ ] 153  RECOVERY OF        [ ] 360 OTHER PERSONAL                                                                                         [ ] 850 SECURITIES/
         OVERPAYMENT                INJURY             [ ] 380 OTHER PERSONAL        **LABOR**                   [ ] 861 HIA (1395ff)              COMMODITIES/
         OF VETERAN'S       [ ] 362 PERSONAL INJURY -          PROPERTY DAMAGE                                   [ ] 862 BLACK LUNG (923)          EXCHANGE
         BENEFITS                   MED MALPRACTICE    [ ] 385 PROPERTY DAMAGE       [ ] 710 FAIR LABOR          [ ] 863 DIWC/DIWW (405(g))
[ ] 160  STOCKHOLDERS                                          PRODUCT LIABILITY             STANDARDS ACT       [ ] 864 SSID TITLE XVI
         SUITS                                                                       [ ] 720 LABOR/MGMT          [ ] 865 RSI (405(g))      [ ] 890 OTHER STATUTORY
[ ] 190  OTHER                                          **PRISONER PETITIONS**               RELATIONS                                             ACTIONS
         CONTRACT                                      [ ] 463 ALIEN DETAINEE        [ ] 740 RAILWAY LABOR ACT                             [ ] 891 AGRICULTURAL ACTS
[ ] 195  CONTRACT                                      [ ] 510 MOTIONS TO            [ ] 751 FAMILY MEDICAL      **FEDERAL TAX SUITS**
         PRODUCT            **ACTIONS UNDER STATUTES**         VACATE SENTENCE       LEAVE ACT (FMLA)
         LIABILITY                                             28 USC 2255                                       [ ] 870 TAXES (U.S. Plaintiff or  [ ] 893 ENVIRONMENTAL
[ ] 196  FRANCHISE          **CIVIL RIGHTS**           [ ] 530 HABEAS CORPUS         [ ] 790 OTHER LABOR                Defendant)                 MATTERS
                                                       [ ] 535 DEATH PENALTY                LITIGATION          [ ] 871 IRS-THIRD PARTY    [ ] 895 FREEDOM OF
                            [ ] 440 OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER      [ ] 791 EMPL RET INC                26 USC 7609                INFORMATION ACT
                                    (Non-Prisoner)                                           SECURITY ACT (ERISA)                          [ ] 896 ARBITRATION
**REAL PROPERTY**           [ ] 441 VOTING                                                                                                 [ ] 899 ADMINISTRATIVE
                            [ ] 442 EMPLOYMENT                                       **IMMIGRATION**                                               PROCEDURE ACT/REVIEW OR
[ ] 210  LAND               [ ] 443 HOUSING/           **PRISONER CIVIL RIGHTS**                                                                   APPEAL OF AGENCY DECISION
         CONDEMNATION               ACCOMMODATIONS                                   [ ] 462 NATURALIZATION
[ ] 220  FORECLOSURE        [ ] 445 AMERICANS WITH     [ ] 550 CIVIL RIGHTS                  APPLICATION                                   [ ] 950 CONSTITUTIONALITY OF
[ ] 230  RENT LEASE &               DISABILITIES -     [ ] 555 PRISON CONDITION      [ ] 465 OTHER IMMIGRATION                                     STATE STATUTES
         EJECTMENT                  EMPLOYMENT         [ ] 560 CIVIL DETAINEE                ACTIONS
[ ] 240  TORTS TO LAND      [ ] 446 AMERICANS WITH        CONDITIONS OF CONFINEMENT
[ ] 245  TORT PRODUCT               DISABILITIES -OTHER
         LIABILITY          [ ] 448 EDUCATION
[ ] 290  ALL OTHER
         REAL PROPERTY

*Check if demanded in complaint:*

☐ CHECK IF THIS IS A CLASS ACTION            DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
  UNDER F.R.C.P. 23                          IF SO, STATE:

DEMAND $_____ OTHER _____          JUDGE _____ DOCKET NUMBER _____

*Check YES only if demanded in complaint*
JURY DEMAND: ☐ YES ☐ NO                      NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

☐ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from (Specify District)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge Judgment

☐ a. all parties represented
☐ b. At least one party is pro se.

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION** *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF  ☐ 2 U.S. DEFENDANT  ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)  ☐ 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one: THIS ACTION SHOULD BE ASSIGNED TO:  ☐ WHITE PLAINS  ☐ MANHATTAN
(DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.)

DATE                SIGNATURE OF ATTORNEY OF RECORD              ADMITTED TO PRACTICE IN THIS DISTRICT
                                                                 [ ] NO
                                                                 [ ] YES (DATE ADMITTED  Mo. _____ Yr. _____)
RECEIPT #                                                         Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)