# EXHIBIT 2

**TD Banknorth**

# NEW PERSONAL ACCOUNT

REGION: TDBN Mid-Atl CT
ACCOUNT #: REDACTED    TYPE OF ACCOUNT: IM  Convenience Checking
TYPE CODE:  BRANCH #:    CATEGORY: Personal Checking
OFFICER CODE:    DATE OPENED: 05/12/2009    BANK REPRESENTATIVE: Dawn Foster

**ACCOUNT TITLING / ADDRESS:**                    **ACCOUNT RELATIONSHIP:**
THE CHARTER OAK TRUST                              Trust - Legal, 1 Trustee
WAYNE H BURSEY TRUSTEE
100 GRIST MILL ROAD

SIMSBURY, CT            USA         06070

WP 5/12/09

## CUSTOMER #1 INFORMATION
00000015865852
IDENTIFICATION (Describe below)
ID Type #1: _____    ID Type #2: _____
State/Country of Issuance: _____    State/Country of Issuance: _____
Number: _____    Number: _____
Expiration Date: _____    Expiration Date: _____
REDACTED    REDACTED
TIN    TIN TYPE    DATE OF BIRTH    HOME PHONE
LEGAL ADDRESS (Of primary account owner):
100 GRIST MILL RD
SIMSBURY, CT 06070
MAILING ADDRESS (Of primary account owner):
100 GRIST MILL ROAD
SIMSBURY, CT 06070
#FUNDS VERIFICATION

## CUSTOMER #2 INFORMATION
Primary    00000015865854
IDENTIFICATION (Describe below)
ID Type #1: State Issued Drivers License w/Photo    ID Type #2: _____
State/Country of Issuance: CT    State/Country of Issuance: _____
Number: REDACTED    Number: _____
Expiration Date: REDACTED    Expiration Date: _____
REDACTED        1950
TIN    TIN TYPE    DATE OF BIRTH
LEGAL ADDRESS (If different from primary account owner):
REDACTED
BLOOMFIELD, CT 06002
MAILING ADDRESS (If different from primary account owner):
REDACTED
BLOOMFIELD, CT 06002
ACCEPT
#FUNDS VERIFICATION

## CUSTOMER #3 INFORMATION
(blank)

## CUSTOMER #4 INFORMATION
(blank)

**ADDITIONAL CUSTOMER VERIFICATION:**
☐ Employment  ☐ Address/Phone  ☐ Reference: _____  ☐ Previous Bank: _____

### IMPORTANT INFORMATION
Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

The undersigned acknowledge(s) receipt of the Deposit Account Agreement, Account Maintenance Information grid, Fee Schedule and rates, which govern my/our accounts with the Bank. My/our use of this account shall evidence my/our acceptance of the terms and conditions set forth in the Deposit Account Agreement, Account Maintenance Information grid and Fee Schedule as the same may be amended from time to time.

Your signature constitutes authorization for debit card issuance for any signatory on this account.

The undersigned, both individually and on behalf of the account owner, if different, hereby authorize(s) the Bank to, from time to time, request consumer reports containing references about me/us from third parties, such as a consumer reporting agency, in connection with opening and maintaining this account. If you (the Bank) are unable to open a deposit account, you will provide me/us with an additional notice regarding the consumer reporting agency.

I/We acknowledge and understand that TD Banknorth and TD Bank are trade names of TD Bank, N.A. I/We further acknowledge and understand that for FDIC insurance purposes, my/our deposits may not be separately insured from any other deposits I/we may have at TD Banknorth and/or TD Bank.

By signing this signature card, I acknowledge that the deposit account to which I am being added as a co-owner may have an existing Moneyline account attached. I understand that a Moneyline account is a line of credit for overdraft protection. I acknowledge receipt of the Moneyline Agreement and disclosures and agree to their terms and conditions. I understand and agree that, as a co-owner of the deposit account, I will be fully responsible for payments on the Moneyline account (including any outstanding balances at this time) and that payment history and other credit information may be reported to consumer reporting agencies. By signing below, I authorize the Bank to automatically deduct the Minimum Payment Due for any Moneyline Account from the corresponding checking account if the Minimum Payment Due is not received by the Payment Due Date listed on the statement. Further, I agree to maintain sufficient funds in your checking account to cover this automatic payment.

This section does not apply to U.S. non-resident aliens. Under penalty of perjury, the undersigned certify(ies) that:
1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return or for any other reason. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an Individual retirement arrangement (IRA) and, generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

(1) X _Warren H Bursey_ [signature]    5/12/09    THE CHARTER OAK TRUST
        Signature                        Date      Print Name

(2) X _____    _____    WAYNE H BURSEY
      Signature    Date    Print Name

(3) X _____    _____    _____
      Signature    Date    Print Name

(4) X _____    _____    _____
      Signature    Date    Print Name

Rev. 11/2008