

November 18, 2015

**VIA ELECTRONIC FILING**
Honorable Shira A. Scheindlin
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

    Re: *Universitas Education, LLC v. TD Bank, N.A.*
          **Case No. 15-cv-05643 (SAS)**

Dear Judge Scheindlin:

    This firm represents the plaintiff Universitas Education, LLC ("Plaintiff") in the above-referenced action. We write pursuant to Your Honor's Individual Rules and Procedures, section IV(F), to request oral argument on the pending motion to dismiss (ECF Nos. 12 - 20), which was fully briefed on November 16, 2015. The defendant has also requested oral argument (ECF. No. 12).

    We are available to the Court should it please Your Honor to discuss this request.

    Respectfully,

    Annie E. Causey
    acausey@napolilaw.com

*cc.*    All counsel of record (via ECF)