USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNIVERSITAS EDUCATION, LLC,
                        Plaintiff,

-against-

T.D. BANK, N.A.,
                        Defendant.
------------------------------------------------------------X

15 CIVIL 5643 (SAS)

**JUDGMENT**

Defendant having moved to dismiss, arguing that plaintiff's claims are time-barred, and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on December 21, 2015, having rendered its Memorandum Opinion and Order granting defendant's motion, and directing the Clerk to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 21, 2015, Defendant's motion is granted; accordingly, the case is closed.

**Dated:** New York, New York
         December 21, 2015

RUBY J. KRAJICK
_____
Clerk of Court
BY:
_____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____