UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X

UNIVERSITAS EDUCATION, LLC,
individually and on behalf of the CHARTER OAK TRUST,

          Plaintiff,

   v.

T.D. BANK, N.A.,

          Defendant.

----------------------------------------------------------- X

Case No. 15-cv-05643 (SAS)

**PLAINTIFF UNIVERSITAS EDUCATION, LLC'S NOTICE OF <u>MOTION FOR RECONSIDERATION</u>**

    PLEASE TAKE NOTICE that, upon the accompanying declaration and memorandum of law, and upon all the pleadings and proceedings had herein, Plaintiff Universitas Education, LLC will move the Court before the Honorable Shira A. Scheindlin at the United States District Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, 10007, on a date determined by the Court as per the Honorable Shira A. Scheindlin's Revised October 2015 Individual Rules and Procedures, to reconsider its Order of December 21, 2015.

    PLEASE TAKE FURTHER NOTICE that pursuant to the Honorable Shira A. Scheindlin's Revised October 2015 Individual Rules and Procedures, "parties should not submit opposition to a motion for reconsideration unless directed to do so by the Court."

Dated:  New York, New York
         January 4, 2016

Respectfully submitted,

      /s/   Annie Causey
      Annie E. Causey, *Esq*.