# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNIVERSITAS EDUCATION, LLC, individually and on behalf of the CHARTER OAK TRUST,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

T.D. Bank, N.A.

(List the full name(s) of the defendant(s)/respondent(s).)

15 CV 05643 ( SAS )(    )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: UNIVERSITAS EDUCATION, LLC, individually and on behalf of the CHARTER OAK TRUST
(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☒ judgment  ☒ order  entered on: December 21, 2015 and January 5, 2016
(date that judgment or order was entered on docket)

that: granted Defendant's motion to dismiss (December 21, 2015) and denied Plaintiff's motion for reconsideration (January 5, 2016)
(If the appeal is from an order, provide a brief description above of the decision in the order.)

January 7, 2016
Dated

/s/ Paul J. Napoli
Signature*

Napoli, Paul, J
Name (Last, First, MI)

1301 Avenue of the Americas, 10th Fl., New York, NY 10019
Address          City          State          Zip Code

212-397-1000
Telephone Number

pnapoli@napolilaw.com;
acausey@napolilaw.com
E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13