N.Y.S.D. Case # 15-cv-5643(SAS)

**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of April, two thousand and sixteen.

_____

Universitas Education, LLC, individually and on behalf of the CHARTER OAK TRUST,

   Plaintiff - Appellant,

v.

TD Bank, N.A.,

   Defendant - Appellee.
_____

**ORDER**

Docket No. 16-63

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 04, 2016

  The parties have filed a stipulation to withdraw the above-captioned appeal with prejudice.

  The stipulation is SO ORDERED.

.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/04/2016